Lawrence I. WECHSLER, Plaintiff–Appellant,

v.

MACKE INTERNATIONAL TRADE, INC., Defendant–Appellee,

and

Anthony O'Rourke, Defendant–Appellee.

No. 2008–1122.

United States Court of Appeals, Federal Circuit.

March 20, 2008.

ON MOTION

*ORDER*

Upon consideration of Lawrence I. Wechsler's motion to withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.